In the Matter of VILLAGE OF SOUTHAMPTON, Respondent, v VILLAGE OF SOUTHAMPTON POLICE BENEVOLENT ASSOCIATION, INC., Respondent. CHRISTOPHER BROICH, Nonparty-Appellant.

Submitted August 31, 2015; decided November 23, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.